**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HALDERON MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 CV 371 |
| v. | ) | |
| | ) | JUDGE SARA L. ELLIS |
| | ) | |
| TIMOTHY HAYES, in his individual | ) | MAGISTRATE JUDGE FINNEGAN |
| capacity, RAYMOND MCINERNEY, | ) | |
| in his individual capacity, and the | ) | |
| CITY OF CHICAGO, a municipality, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER**

Defendants City of Chicago (the "City") and Officers Timothy Hayes and Sgt. Raymond McInerney (collectively, "Defendants"), by one of their attorneys, Bret Kabacinski, Assistant Corporation Counsel, respectfully request leave to file an amended answer to Plaintiff's Amended Complaint. Defendants' proposed amended answer is attached as Exhibit A. In support of this motion, Defendants state as follows.

1.  On April 5, 2016, Plaintiff filed his Amended Complaint alleging claims for fabrication of evidence and conspiracy under 42 U.S.C. §1983 against the individual defendants. *See* ECF No. 12.

2.  On May 27, 2016, Defendants filed their answer to Plaintiff's Amended Complaint. *See* ECF No. 20.

3.  Defendants now seek leave to amend their answer. Upon review of the relevant case law, including case law issued after Defendants' answer was filed, Defendants have determined that they have a good faith basis to add an affirmative defense that all of Plaintiff's

claims are barred by the applicable statute of limitations. *See Lewis v. City of Chicago*, Case No. 16 C 7592, 2017 WL 698682 at *3 (N.D. Ill. Feb. 22, 2017; St. Eve, J.).

4. Plaintiff would not be prejudiced by the proposed amendment. None of the individual defendants have been deposed, and Plaintiff is free to conduct any discovery he deems necessary to defeat this affirmative defense. The proposed amendment does not change the substance of Defendants' reponses to Plaintiff's allegations.

5. On March 10, 2017, counsel for Defendants spoke to counsel for Plaintiff regarding this motion. Counsel for Plaintiff indicated that does not oppose this motion.

**WHEREFORE**, Defendants respectfully request that this Court grant them leave to file their proposed amended complaint, attached as Exhibit A, and for any other relief this Court deems just and proper.

Respectfully Submitted,

Dated: March 10, 2017

By:*/s/ Bret A. Kabacinski*
Bret A. Kabacinski
Assistant Corporation Counsel
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 6313169

## **CERTIFICATE OF SERVICE**

      I, Bret A. Kabacinski, hereby certify that on March 10, 2017, I caused a true and correct copy of the above and foregoing **DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**, to be sent via e-filing to all individuals who have filed an appearance in this case pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

                                                  /s/ Bret A. Kabacinski
                                                  Bret A. Kabacinski